AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

GERALD VON TOBEL,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:07-CV-00390-ECR-RAM**

DR. SCOTT,

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice for failure to state a claim.


  April 15, 2008                              **LANCE S. WILSON**
                                                      Clerk


                                                /s/ Katie Lynn Ogden
                                                  Deputy Clerk